# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Engracia Rodriguez, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. H-17-3102 |
| Nancy A. Berryhill, Acting Commissioner of the Social Security Administration | § § § § § | |
| *Defendant*. | § § | |

## ORDER OF ADOPTION

On January 3, 2018, Magistrate Judge Peter Bray issued a Memorandum and Recommendation (D.E. 10), recommending that the Commissioner's final decision be affirmed. No objections were filed.

After due consideration of the entire record and the applicable law, the Court hereby ADOPTS the Memorandum and Recommendation as this court's opinion and order. The court will issue a separate final judgment.

Signed at Houston, Texas on January __29__, 2019.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE